PETITION OF LEIGHTON L. ALDEN.
No. 10759.
Decided February 25, 1964.
389 P. 2d 407.

PER CURIAM.

Petitioner, an inmate of the Montana State Prison, files herein a motion whereby he seeks a transcript of the testimony and judgment roll in three criminal actions tried in the county of Fallon, wherein he was the defendant.

It appears from the petition that the hearings were held on January 10, 1962, and the time fixed by law for an appeal from the judgments entered in such actions has long since expired.

No good cause appearing the motion is denied and the proceeding dismissed.

PETITION OF LARRY P. HIGH PINE.
No. 10777.
Decided March 26, 1964.
390 P.2d 448.

PER CURIAM.

Petition for writ of mandate filed by Larry P. High Pine, an inmate of the Montana State Prison, appearing pro se.

This petition is of the type discussed In re Petition of Alden,: 143 Mont. 404, 390 P.2d 447, and for. the reasons there expressed will be handled in identical fashion.